Billy Lee LISENBY, Jr., a/k/a Malik Al–Shabazz, Plaintiff–Appellant,

v.

Randall LEAR, Chief of Police; Kenneth Lear, Sergeant; Jeff D. Outlaw, PFC, Defendants–Appellees.

No. 13–7295.

United States Court of Appeals, Fourth Circuit.

Submitted: March 25, 2014.

Decided: March 28, 2014.

Billy Lee Lisenby, Jr., Appellant Pro Se. Justin Tyler Bagwell, Davidson & Lindemann, PA, Columbia, South Carolina, for Appellees.

Before AGEE, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Billy Lee Lisenby, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Lisenby's civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Lisenby v. Lear*, No. 5:09–cv–00410–DCN (D.S.C. July 16, 2013). We further deny Lisenby's motion for appointment of counsel. We dispense with oral argument be-

cause the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*